UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAMAR BURTON,

    Plaintiff,

v.

Case No. 20-cv-12501
Hon. Matthew F. Leitman

MICHIGAN DEPARTMENT
OF CORRECTIONS, *et al.*,

    Defendants.
_____/

### ORDER HOLDING PLAINTIFF'S MOTION
### TO ALTER OR AMEND JUDGMENT (ECF No. 11) IN ABEYANCE

Plaintiff Lamar Burton is a state inmate currently incarcerated at the Ionia Maximum Correctional Facility. On September 1, 2020, Burton filed this *pro se* prisoner civil rights action under 42 U.S.C. § 1983. (*See* Compl., ECF No. 1.) Burton brought claims against twenty-three named Defendants arising out of his treatment at facilities operated by the Michigan Department of Corrections. (*See id.*) On October 29, 2020, the Court summarily dismissed several of the named Defendants due to Burton's failure to state a discernable or cognizable claim against them. (*See* Order, ECF No. 4.) The Court then stayed this action and referred it to the Court's *pro se* prisoner early mediation program. (*See* Order, ECF No. 7.)

Burton has now filed what he titled a "motion to alter or amend the judgment rule 59(e)." (*See* Mot., ECF No. 11.) In essence, Burton seeks reconsideration of the

1

Court's summary dismissal of several Defendants.  Because the Court has already stayed this action and referred it to the prisoner early mediation program, and because it is in the interest of judicial economy, the Court will **HOLD** Burton's motion in **ABEYANCE** pending the resolution of that mediation.  If the mediation does not result in a settlement of this action, the Court will consider Burton's motion at that time.

    **IT IS SO ORDERED**.

                      s/Matthew F. Leitman
                      MATTHEW F. LEITMAN
                      UNITED STATES DISTRICT JUDGE

Dated:  December 3, 2020

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 3, 2020, by electronic means and/or ordinary mail.

                      s/Holly A. Monda
                      Case Manager
                      (810) 341-9764