UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAMAR BURTON,

    Plaintiff,

v.

                          Case No. 20-cv-12501
                          Hon. Matthew F. Leitman

MICHIGAN DEPARTMENT OF
CORRECTIONS, *et al.*,

    Defendants.

_____/

**ORDER (1) OVERRULING PLAINTIFF'S OBJECTION (ECF No. 82) TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (ECF No. 80); (2) ADOPTING RECOMMENDED DISPOSITION OF REPORT AND RECOMMENDATION (ECF No. 80); AND (3) GRANTING DEFENDANT WARREN'S MOTION FOR SUMMARY JUDGMENT (ECF No. 66)**

    In this civil action, Plaintiff Lamar Burton brings claims under 42 U.S.C. § 1983 against the Michigan Department of Corrections ("MDOC") and a number of MDOC employees, including Pat Warren, a former warden at an MDOC facility where Burton was incarcerated.  On October 17, 2022, Defendant Warren filed a Motion for Summary Judgment based on Burton's failure to exhaust his administrative remedies. (*See* Mot., ECF No. 66.)  On January 17, 2023, the assigned Magistrate Judge entered a Report and Recommendation in which she recommended that Defendant Warren's motion be granted (the "R&R"). (*See* R&R, ECF No. 80.) Burton filed an Objection to the R&R on February 6, 2023. (*See* Obj., ECF No. 82.)

1

On April 4, 2023, the Court held an in-person hearing on Burton's Objection to the R&R.  Burton failed to appear for that hearing.  For the reasons explained on the record during the hearing, Burton's Objection (ECF No. 82) is **OVERRULED** and the recommended disposition of the R&R (ECF No. 80) is **ADOPTED**. Defendant Warren's Motion for Summary Judgment (ECF No. 66) based on Burton's failure to exhaust is **GRANTED**.

    **IT IS SO ORDERED.**

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated:  April 4, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 4, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan  
Case Manager  
(313) 234-5126