UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAMAR BURTON,

    Plaintiff,

v.

Case No. 20-cv-12501
Hon. Matthew F. Leitman

MICHIGAN DEPARTMENT
OF CORRECTIONS, *et al.*,

    Defendants.
_____/

## ORDER DENYING PLAINTIFF'S MOTION TO THE COURT FOR A TIME EXTENSION AND RECONSIDERATION (ECF No. 95)

On May 25, 2023, the Court held a hearing on Plaintiff Lamar Burton's Motion to the Court for a Time Extension and Reconsideration (ECF No. 95). Plaintiff failed to appear for that hearing. This is the second time that Plaintiff has failed to appear for a hearing before the Court. For that reason, and for the additional reasons explained on the record, Plaintiff's motion is denied.

    **IT IS SO ORDERED.**

                                   s/Matthew F. Leitman
                                   MATTHEW F. LEITMAN
                                   UNITED STATES DISTRICT JUDGE

Dated:  May 25, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 25, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan  
Case Manager  
(313) 234-5126
