UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAMAR BURTON,

    Plaintiff,

v.

                                      Case No. 20-cv-12501
                                      Hon. Matthew F. Leitman

MICHIGAN DEPARTMENT OF
CORRECTIONS, *et al.*,

    Defendants.

_____/

# ORDER OVERRULING PLAINTIFF'S OBJECTIONS TO MAGISTRATE JUDGE'S ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION TO APPOINT COUNSEL (ECF No. 101)

On May 24, 2023, Magistrate Judge Elizabeth Stafford entered an order in which she denied Plaintiff Lamar Burton's Motion to Appoint Counsel (ECF No. 97) without prejudice. (*See* Order, ECF No. 98).  On June 2, 2023, Burton filed Objections to Magistrate Judge Stafford's order. (*See* Obj., ECF No. 101.)  Burton's Objections (ECF No. 101) are **OVERRULED** because they do not identify any error in Magistrate Judge Stafford's order.

    **IT IS SO ORDERED.**

                                                             s/Matthew F. Leitman
                                                              MATTHEW F. LEITMAN
                                                              UNITED STATES DISTRICT JUDGE

Dated:  June 6, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 6, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
